Edward W. Floyd, Esq.
EATON & VAN WINKLE LLP
3 Park Avenue
New York, New York 10016
212.779.9910
efloyd@evw.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
LOUIS DREYFUS COMPANY FREIGHT ASIA PTE LTD
(f/k/a LOUIS DREYFUS COMMODITIES FREIGHT ASIA
PTE LTD),

                    Plaintiff,

    -against-

UTTAM GALVA METALLICS LIMITED, and
UTTAM GALVA STEELS LIMITED.

                    Defendants.
------------------------------------------------------------------------x

Case No.: 17-cv-2476

**RULE 7.1 STATEMENT**

Pursuant to the provisions of Rule 7.1(a) of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for plaintiff Louis Dreyfus Company Freight Asia Pte Ltd (f/k/a Louis Dreyfus Commodities Freight Asia Pte Ltd) ("LDCF"), a private (non-governmental) corporate party, certifies that he is informed that the following are the corporate parents, subsidiaries, or affiliates of said party that are publicly held: **NONE** except that an entity called Biosev is a publicly-listed company on the Novo Mercado segment of the BM&FBOVESPA S.A. in Brazil and an indirect subsidiary of Louis Dreyfus Company Holdings BV.

{00078965.DOC;1}

Dated: New York, New York
April 6, 2017

EATON & VAN WINKLE LLP

By: /s/ Edward W. Floyd
    Edward W. Floyd, Esq.
    3 Park Avenue
    New York, New York 10016
    212.779.9910
    efloyd@evw.com

*Attorneys for Plaintiff*